**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>**Akibaz LLC,**<br><br>Debtor. | Bky File No. 26-41647<br>Chapter 11, Sub. V |

**NOTICE OF SECOND INTERIM APPLICATION OF MESSERLI KRAMER P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTOR**

1. Messerli Kramer P.A. ("Messerli Kramer"), counsel for Akibaz LLC, the debtor-in-possession (the "Debtor"), submits this second interim application (the "Application") for allowance of compensation and reimbursement of expenses and gives notice of the response deadline below.

2. **ANY RESPONSES TO THIS APPLICATION MUST BE FILED ON OR BEFORE AUGUST 31, 2026, WHICH IS 21 DAYS AFTER THE FILING OF THIS APPLICATION. IF NO RESPONSE TO THIS APPLICATION IS FILED, THE COURT MAY ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.**

3. This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This proceeding is a core proceeding. The voluntary petition commencing this case under chapter 11, subchapter V, was filed on May 19, 2026, and the case remains pending.

4. This Application arises under 11 U.S.C. §§ 327, 328, 330, 331, and 503(b)(2). This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6) and Local Rule 2016-1. Notice is provided to all creditors and parties in interest and the United States Trustee as described in the contemporaneously filed certificate of service.

5. By order dated June 10, 2026 (Doc. 40), the Court authorized the Debtor to employ Messerli Kramer as Chapter 11 counsel and authorized fee applications by Messerli Kramer to be heard on thirty-day intervals from the commencement of the case.

6. On June 22, 2026, Messerli Kramer filed its first interim application for allowance of fees and expenses (Doc. 49), requesting allowance of $13,478.00 in fees for professional services rendered between May 19, 2026 and May 31, 2026. By Order entered July 20, 2026 (Doc. 67), the Court granted that application in full, allowing Messerli Kramer interim compensation of $13,478.00 as an administrative expense of the estate to the extent permitted by the cash collateral order. That $13,478.00 remained unpaid as of July 6, 2026, and is reflected as a previous balance on the invoice attached hereto as an exhibit.

7. This is Messerli Kramer's second interim application for allowance of fees and expenses in this case.

**RELIEF REQUESTED**

8. **Post-Petition Fees and Expenses.** By this Application, Messerli Kramer requests allowance of fees for professional services rendered during this Chapter 11 case between June 1, 2026 and June 30, 2026, in the amount of $24,150.00, and reimbursement of costs incurred during that period in the amount of $822.86, for total interim compensation of $24,972.86.

9. Attached as an exhibit is a detailed invoice describing the services rendered, time spent, costs incurred, and outstanding balance due, including the previous balance of $13,478.00 allowed under the first interim application.

10. In summary, the services were actual and necessary and included the following categories:

**Asset Analysis and Recovery: $644.00**

Services include analyzing preference-litigation exposure arising from pre-petition transfers identified in response to the United States Trustee's Statement of Financial Affairs inquiries, and conducting an avoidance-action litigation analysis to identify potential causes of action for the benefit of the estate.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 1.40 | 2026 | $460.00 | $644.00 |

**Business Operations: $920.00**

Services include reviewing payroll information and corresponding with the Debtor regarding post-petition business operations, responding to correspondence from the Internal Revenue Service regarding post-petition tax penalties, interest, and proposed payment arrangements, and corresponding with banks regarding the Debtor's operating, credit card, and merchant accounts.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 2.00 | 2026 | $460.00 | $920.00 |

**Case Administration: $10,718.00**

Services include coordinating the production of financial and tax information requested by the United States Trustee, preparing for and attending the initial debtor interview, reviewing and revising monthly operating reports and interim financial reports prepared by the Debtor's bookkeeper, analyzing the Debtor's books and records, responding to the United States Trustee's inquiries under Statement of Financial Affairs questions 3 and 4 regarding any pre-petition transfers and any insider payments, and evaluating the Debtor's schedules and statements for any amendments. These services were necessary to ensure the Debtor's compliance with its reporting obligations as a debtor-in-possession and were beneficial to the administration of the estate.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 23.30 | 2026 | $460.00 | $10,718.00 |

**Claims Administration: $460.00**

Services include reviewing filed proofs of claim for substantive accuracy and redaction issues.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 1.00 | 2026 | $460.00 | $460.00 |

**Fee/Employment Applications — Application for Compensation: $460.00**

Services include drafting the first interim application for compensation and coordinating its filing and service. This time is limited to one hour in accordance with the Court's practice restricting compensable time for the preparation of interim fee applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 1.00 | 2026 | $460.00 | $460.00 |

**Post-Petition Employment of Bookkeeper: $2,438.00**

Services include extensive negotiations with bookkeeper to reach post-petition retention agreement, gathering information from the Debtor and its proposed bookkeeper, MB Accounting Group LLC, drafting, revising, and coordinating the filing of the application and supporting declaration to employ the bookkeeper, and responding to comments from the United States Trustee regarding the proposed engagement terms.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 5.30 | 2026 | $460.00 | $2,438.00 |

**Use of Cash Collateral: $2,116.00**

Services include preparing for and attending the hearing on the motion for authorization to use cash collateral, revising the proposed order authorizing use of cash collateral and granting adequate protection, coordinating and finalizing the stipulation for continued use of cash collateral with the Community Reinvestment Fund, and corresponding regarding adequate protection payments.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 4.60 | 2026 | $460.00 | $2,116.00 |

**Meetings of Creditors: $828.00**

Services include preparing the Debtor for, and attending, the meeting of creditors held under 11 U.S.C. § 341(a).

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 1.80 | 2026 | $460.00 | $828.00 |

**Plan and Disclosure Statement: $1,104.00**

Services include drafting and finalizing the Debtor’s pre-status conference report and proposed ballot form, and corresponding with the Debtor regarding anticipated plan treatment of creditors.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 2.40 | 2026 | $460.00 | $1,104.00 |

**Enforcement of Automatic Stay and Stay Proceedings: $4,462.00**

Services include preparing, filing, and prosecuting an emergency motion to enforce the automatic stay against 8Fig, Inc., corresponding with Elavon, Walmart, Chase Bank, and other payment processors regarding attempted account freezes and garnishments in violation of the automatic stay, drafting correspondence to creditors regarding turnover of estate property, preparing for and attending the hearing on the motion to enforce the stay, and coordinating the subsequent withdrawal of the motion following 8Fig’s release of its UCC liens.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| David M. Tanabe | 9.70 | 2026 | $460.00 | $4,462.00 |

The aggregate fees requested for the services described above total $24,150.00, which reconciles to the fees requested on the invoice attached as an exhibit.

11. The services for which allowance is requested were performed or incurred for and on behalf of the Debtor-in-possession in this bankruptcy case, and not on behalf of any creditor or other person.

12. To the best of Messerli Kramer's knowledge, other unpaid administrative expenses may exist, including fees or expenses owed to the Subchapter V trustee. The requested compensation is reasonable for actual, necessary services based on the nature, extent, and value of the services, time spent, and comparable market rates. Messerli Kramer has not entered into any agreement or understanding with any other entity for sharing compensation to be received for services rendered in or in connection with this case or this Application, except as permitted by law.

**WHEREFORE**

Messerli Kramer respectfully requests that the Court enter an Order:

A. Allowing Messerli Kramer interim compensation of $24,150.00 in fees and $822.86 in expenses, for a total of $24,972.86, for June 1, 2026 through June 30, 2026, as administrative expenses of the estate;

B. Authorizing the Debtor to pay the allowed fees and expenses only to the extent permitted by any applicable cash-collateral order or further order of the Court; and

C. Granting such other and further relief as the Court deems just and equitable.

Dated: August 10, 2026

*/s/ David M. Tanabe*
David M. Tanabe (#400262)
Messerli Kramer P.A.
50 South 6th Street, Suite 2300
Minneapolis, MN 55402
612-672-3600
ATTORNEYS FOR THE DEBTOR

## VERIFICATION

I, David M. Tanabe, an attorney at the law firm of Messerli Kramer P.A., declare under penalty of perjury that the foregoing Second Interim Application of Messerli Kramer P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtor is true and correct according to the best of my knowledge, information, and belief.

Dated: August 10, 2026

*/s/ David M. Tanabe*
David M. Tanabe