MESSERLI | KRAMER

50 South Sixth Street
Suite 2300
Minneapolis, MN 55402

phone 612.672.3600
fax 612.672.3777

July 6, 2026

Akibaz LLC
9701 Valley View Road
Eden Prairie, MN 55344

Invoice #

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: June 30, 2026.

**Client/Matter: [redacted]002**

**RE: Wamatek / Post-Bankruptcy**

| | |
|---|---|
| Professional Services Rendered | $ 24,150.00 |
| Total Costs Incurred | $ 822.86 |
| **TOTAL THIS INVOICE** | **$ 24,972.86** |
| Previous Balance | $ 13,478.00 |
| **TOTAL BALANCE DUE** | **$ 38,450.86** |

IN ADDITION TO DIRECT COSTS AND OUT-OF-POCKET EXPENSES, SERVICE CHARGES MAY INCLUDE INDIRECT COSTS.
DISBURSEMENTS AND SERVICE CHARGES WHICH EITHER HAVE NOT BEEN RECEIVED OR PROCESSED WILL APPEAR ON A LATER STATEMENT.
PAYABLE UPON RECEIPT
THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.

[redacted] July 6, 2026
[redacted]

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 6/02/26 | DMT | Correspond regarding IDI requirements(.2); coordinate new cash collateral budget exhibit for stipulation for use of cash collateral(.3); review revised cash collateral budget for correctness(.2); call with client regarding post-petition obligations, information requested by the UST, and issues with creditor attempts to sweep accounts and violate automatic stay(.7). | 1.40 | 644.00 |
| 6/03/26 | DMT | Correspond with client creditors violating the automatic stay and other issues. | .10 | 46.00 |
| 6/04/26 | DMT | Correspond with a creditor regarding its violation of the bankruptcy automatic stay(.2); draft letter to Elavon regarding the bankruptcy automatic stay and request for turnover of property of the estate(.5); review correspondence from the Minnesota Department of Revenue(.2); draft letter to Walmart due to UCC lien notice and garnishment of Walmart merchant account by creditor(.6). | 1.50 | 690.00 |
| 6/05/26 | DMT | Coordinate drafting of proposed order authorizing use of cash collateral and granting adequate protection(.4); update and supplement the same(.3); update and supplement IFR explanation document(.3); further coordinate information for the same(.2); review and analyze return mail notice for creditor(.1); coordinate search for new address for creditor(.1); draft emergency motion to enforce the stay against 8Fig(.8); draft client declaration, proposed order, witness list and exhibit list for the same(.6); declaration of service(.1); coordinate review of proof of claims(.2); correspond regarding proof of claims(.1). | 3.20 | 1,472.00 |
| 6/06/26 | DMT | Review and analyze issue with 8fig not clearly listing their mailing address (.1); coordinate search for 8fig service addresses (.1); coordinate change of address (.1); update and supplement cash collateral documents (.2); review correspondence from client regarding 8fig's UCC lien on Payoneer payment processing (.1); produce IFR information (.1); correspond with CRF regarding stipulating to use of cash collateral (.1). | .80 | 368.00 |
| 6/07/26 | DMT | Coordinate documents to produce to UST for IDI for tax returns (.1); review correspondence regarding IDI information for latest fiscal year financial statements (.1); correspond with bookkeeper regarding financials requested by UST for IFR reporting (.2); correspond regarding monthly operating report for post-petition May (.2); coordinate completion of the May monthly operating report (.4); update and supplement moving papers to enforce automatic stay against 8fig (.6). | 1.60 | 736.00 |
| 6/08/26 | DMT | Review correspondence with Chase and Walmart regarding payment processing freeze due to 8fig UCC liens (.2); correspond with counsel for Walmart (.1); update and supplement to the moving papers to enforce the stay to recognize that the O'Connor law firm represents Walmart and not 8fig (.2); call with client to go over facts and moving papers to enforce the automatic stay (.5); correspond with court to get a hearing to enforce the stay (.1); finalize moving papers to enforce automatic stay against 8fig (.4); coordinate filing and service of moving papers to enforce the automatic stay (.2); correspond with CRF regarding stipulation for adequate protection (.1). | 1.80 | 828.00 |

Client # 29002
Matter # 00002

July 6, 2026
Invoice # 514023

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 6/09/26 | DMT | Coordinate filing version of stipulation for use of cash collateral; correspond with client regarding the same and regarding CRF question on payment. | .10 | 46.00 |
| 6/10/26 | DMT | Correspond with Elavon regarding stopping garnishment (.1); correspond with client regarding hearing for motion to enforce automatic stay (.1); call with client to prepare for motion hearing to enforce stay including reviewing and analyzing emails from payment processors on UCC liens (.4). | .60 | 276.00 |
| 6/11/26 | DMT | Review correspondence regarding Merchant accounts (.2); review correspondence from bookkeeper regarding financials (.2); call with client regarding motion to enforce stay (.5); attend hearing on motion to enforce stay (.3); coordinate continued notice of hearing and declaration of service (.1); update and supplement continued notice and declaration and coordinate filing and service of the same (.2). | 1.50 | 690.00 |
| 6/12/26 | DMT | Correspond with bookkeeper regarding books and records (.2); provide guidance to bookkeeper on bankruptcy requirements for books and records (.3); correspond with bookkeeper regarding accounts receivable and accounts payable (.2); correspond with bookkeeper regarding QuickBooks entries (.2); correspond with bookkeeper regarding accounting reconciliations (.2); correspond with bookkeeper regarding bankruptcy petition date entries (.2); review and analyze balance sheet and P&L (.3). | 1.60 | 736.00 |
| 6/13/26 | DMT | Correspond with bookkeeper regarding financial statements (.1); correspond with 8fig regarding motion to enforce automatic stay (.1). | .20 | 92.00 |
| 6/14/26 | DMT | Draft application for compensation and coordinate filing and service of the same (1.0). | 1.00 | 460.00 |
| 6/14/26 | DMT | Review correspondence with bookkeeper (.1); coordinate notice of change of address for Valley View Associates (.1). | .20 | 92.00 |
| 6/15/26 | DMT | Correspond with client regarding CRF adequate protection payments (.1); correspond with CRF regarding the same (.1); coordinate filing of stipulation for use of cash collateral and adequate protection payments with CRF (.3); correspond with UST regarding the same (.1); call with client regarding financials for financial reporting (.1); review and respond to emails from bookkeeper (.1). | .80 | 368.00 |
| 6/16/26 | DMT | Review proof of claims (.2); correspond with bookkeeper regarding explanation for financial reports (.2); correspond with bookkeeper regarding updates and supplements to financial reports (.6); correspond with 8fig regarding motion to enforce automatic stay (.1); review financial reports from the bookkeeper (.2); correspond regarding bank accounts (.2); call with client regarding bank accounts and financial reporting (.5); call with client to prepare for IDI meeting (.4). | 2.40 | 1,104.00 |
| 6/17/26 | DMT | Prepare for IDI meeting with UST (.2); attend IDI meeting with UST (.6); debrief call with client regarding UST's follow up requests from IDI meeting (.2); correspond with bookkeeper regarding financials (.1); coordinate filings including notice of changes of address (.1); correspond regarding 8fig releasing UCC liens (.1); coordinate filing of withdrawal of motion to enforce automatic stay (.1); correspond with court regarding docket text for withdrawal of motion (.1). | 1.50 | 690.00 |

Client # 29002 July 6, 2026
Matter # 00002 Invoice # 514023

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 6/18/26 | DMT | Correspond with client regarding UST's request for application for employment of bookkeeper (.1); gather information from client necessary for the application to employ the bookkeeper (.2); coordinate shells for application for employment of bookkeeper documents (.2); draft application for employment of bookkeeper (.5); prepare for hearing on motion for use of cash collateral (.3); attend hearing on motion for use of cash collateral (.2); revise proposed order as requested by court (.2); correspond with court chambers regarding revised proposed order (.1); review order for use of cash collateral (.1); correspond with client regarding order for cash collateral, stipulation requirements with CRF, and cash collateral budget going forward (.3); review correspondence from 8fig (.1); review and analyze UST's requests for information (.2); correspond with client regarding UST's request for information (.8). | 3.30 | 1,518.00 |
| 6/19/26 | DMT | Correspond with bookkeeper regarding information necessary for application to employ bookkeeper (.2); correspond with bookkeeper regarding the UST's request for the application (.2); address bookkeeper's questions regarding the UST's request for the application (.3); update and supplement application declaration based on bookkeeper's comments (.2); update and supplement application to employ bookkeeper (.5); call with client to discuss bookkeeping history (.4); calls and emails with client to finalize financials (1.0); coordinate financial reports and documents to produce to CRF (.3); correspond with CRF in production of financial reports and documents for May (.3); calls with client regarding information requested by the UST for IDI (1.7); review and analyze merchant cash advance company Liberis sweeping account after saying it would not do so (.2); correspond with Liberis regarding unauthorized sweep (.5). | 5.80 | 2,668.00 |
| 6/21/26 | DMT | Review and analyze financials in response to UST's questions regarding SOFA question 3 as to payments or transfers within 90 days before filing the case (1.2); coordinate spreadsheet identifying payments and transfers responsive to UST's SOFA question 3 inquiry (.4); update and supplement spreadsheet for SOFA question 3 with transaction details and supporting documentation (.6); analyze preference litigation exposure arising from identified transfers (.5); correspond with bookkeeper regarding providing additional financial reports in response to UST's IDI requests (.3); review and analyze financials in response to UST's requests regarding SOFA question 4 as to payments or transfers made within 1 year before filing this case that benefitted any insider (1.4); correspond with client regarding documentation requested for the same for insiders including W-2 wage reports (.4); review and analyze insider payments for compliance with SOFA question 4 disclosure requirements (.8); draft explanation for transactions inquired about by the UST (1.1). | 6.70 | 3,082.00 |
| 6/22/26 | DMT | Run avoidance action litigation analysis for potential causes of action (.9); review invoice from client for supplemental disclosure to UST (.1). | 1.00 | 460.00 |
| 6/23/26 | DMT | Review payroll information from client (.4); correspond with client regarding the same (.2); review correspondence from UST regarding request for supplemental information (.3); follow up with client regarding further information needed for UST's request (.3); coordinate filing of application to employ bookkeeper (.1); call with client regarding supplemental information requested by bookkeeper (.7); correspond with bookkeeper regarding UST comments for employment (.5). | 2.50 | 1,150.00 |

Client # 29002
Matter # 00002

July 6, 2026
Invoice # 514023

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 6/24/26 | DMT | Review and analyze MB Accounting agreement for bookkeeping assistance for information for monthly operating reports (.2); correspond regarding MB Accounting bookkeeping agreement (.4); correspond with client regarding supplemental written explanation for supplemental IDI document production (.3); call with client regarding supplemental information for IDI document production (.4); correspond with UST providing supplemental production of information (.1); prepare client for 341 meeting (.7); correspond with CRF regarding adequate protection payments (.2); correspond with UST regarding application for employment of bookkeeper and accountant (.2). | 2.50 | 1,150.00 |
| 6/25/26 | DMT | Review ACH information for CRF adequate protection payment (.1); correspond with CRF regarding ACH payment information (.1); review MB Accounting's new proposed agreement (.2); correspond with UST regarding MB accounting agreement and application for employment (.2); call with Chase regarding bank account, credit card account, and merchant accounts (.4); correspond with Chase regarding the same (.2); attend 341 meeting (1.0); debrief with client after 341 meeting (.1). | 2.30 | 1,058.00 |
| 6/26/26 | DMT | Correspond with client regarding IRS post-petition communications and treatment of tax penalty and interest (.2); call with client regarding IRS demand for payment and proposed IRS payments (.2); correspond regarding payment of post-petition obligations and court-authorized pre-petition payments (.1); correspond with client regarding anticipated plan treatment for various creditors (.1). | .60 | 276.00 |
| 6/27/26 | DMT | Review and analyze proof of claims (.3); address redaction issues with proof of claims (.2); review correspondence from IRS (.3); review correspondence on new proposed MB Accounting agreement (.1); update and supplement application to employ MB Accounting accordingly (.4); correspond with UST regarding application to employ bookkeeper (.1); evaluate petition, lists, schedules, and statements for any amendments (1.3); evaluate comments from UST regarding issues flagged for amendments to bankruptcy schedules (.2); draft pre-status conference report and proposed ballot form (1.5). | 4.40 | 2,024.00 |
| 6/29/26 | DMT | Update and supplement pre-status conference report and proposed ballot form (.5); correspond with client regarding pre-status conference report (.2); update and supplement amendments to schedules (.4); correspond with Chase regarding merchant account and UCC levy release (.4); correspond with client regarding application to employ bookkeeper (.1); call with client regarding amendments to schedules, application to employ bookkeeper, and pre-status conference report (.7); coordinate filing and service of pre-status conference report (.1); coordinate filing of application to employ bookkeeper (.1). | 2.50 | 1,150.00 |
| 6/30/26 | DMT | Verify correctness of filed application to employ bookkeeper (.1); correspond with court chambers regarding proposed order for application to employ bookkeeper (.2); correspond with UST regarding proposed amendments to the schedules and SOFA (.2); correspond with client regarding proposed amendments to schedules and SOFA (.1). | .60 | 276.00 |

**PROFESSIONAL SERVICES RENDERED** **$ 24,150.00**

[redacted] July 6, 2026
[redacted]

**COSTS INCURRED**

| Date | Description | Amount |
|---|---|---|
| 6/30/26 | Certificate of Service - 55 4 oz envelopes sent - 5/20/26 | 533.51 |
| 6/30/26 | Certificate of Service - 57 2 oz envelopes sent - 5/27/26 | 289.35 |

**TOTAL COSTS INCURRED** **$ 822.86**

**TOTAL THIS INVOICE** **$ 24,972.86**

[redacted]

July 6, 2026
[redacted]

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 511690 | 6/15/26 | 15,216.00 | 1,738.00 | 13,478.00 |

| | |
|---|---|
| Previous Balance | $ 13,478.00 |
| Balance Due This Invoice | $ 24,972.86 |
| **TOTAL BALANCE DUE** | **$ 38,450.86** |

**AGED ACCOUNTS RECEIVABLE**

| Current - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $ 13,478.00 | $ .00 | $ .00 | $ .00 | $ .00 | $ 13,478.00 |

MESSERLI | KRAMER

50 South Sixth Street
Suite 2300
Minneapolis, MN 55402

[redacted]
phone 612.672.3600
fax 612.672.3777

July 6, 2026
[redacted] [redacted]

Akibaz LLC
9701 Valley View Road
Eden Prairie, MN 55344

# REMITTANCE ADVICE

**Client/Matter: [redacted]002**

**RE: Wamatek / Post-Bankruptcy**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 24,972.86** |
| Previous Balance | $ 13,478.00 |
| **TOTAL BALANCE DUE** | **$ 38,450.86** |

**PAYMENTS VIA CHECK:**
Messerli Kramer
ATTN: Accounts Receivable
50 South Sixth Street, Suite 2300
Minneapolis, MN 55402
*Please reference: I*[redacted]

**TO PAY BY CREDIT CARD CONTACT SANDRA RIEKEN AT SRIEKEN@MESSERLIKRAMER.COM OR CALL 612-672-3609**
**Effective July 1, 2023, there will be a 3% processing fee for credit and debit card payments.**

***If you would like to pay online, our payment link is below.***
**Online ACH payments are now available (no fee) $10,000 limit per transaction**
**Messerli & Kramer Client ACH Payment Portal URL: https://www.mypayrazr.com/m/LMUPSG**

Visa _____ Mastercard _____ American Express _____ Discover _____

Print Cardholder Name (As on Card):____________________________________________________________

Address of Cardholder:_____________________________________________________________________

Card#______________________________________________________Expiration Date:____________________

Card Verification Code:_______________Authorized Amount $___________________________________

Signature (required):____________________________________________Phone Number:________________

INVOICES ARE PAYABLE UPON RECEIPT

IN ADDITION TO DIRECT COSTS AND OUT-OF-POCKET EXPENSES, SERVICE CHARGES MAY INCLUDE INDIRECT COSTS.
DISBURSEMENTS AND SERVICE CHARGES WHICH EITHER HAVE NOT BEEN RECEIVED OR PROCESSED WILL APPEAR ON A LATER STATEMENT.
PAYABLE UPON RECEIPT
THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.