**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>**Akibaz LLC,**<br><br>Debtor. | Bky File No. 26-41647<br>Chapter 11, Sub. V |

**ORDER GRANTING SECOND INTERIM APPLICATION OF MESSERLI KRAMER P.A.FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTOR**

This matter came before the Court on the Second Interim Application of Messerli Kramer P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtor (the "Application"). Based on the Application and the record, and the Court being otherwise duly advised in the premises,

**IT IS ORDERED:**

1. The Application is granted. Messerli Kramer P.A. is allowed interim compensation of $24,150.00 in fees and $822.86 in expenses, for a total of $24,972.86, for the period of June 1, 2026 through June 30, 2026, as administrative expenses of the estate

2. The Debtor may pay the allowed fees and expenses only to the extent permitted by any applicable cash-collateral order or further order of the Court.

**BY THE COURT:**

Dated:

________________________________
William J. Fisher
United States Bankruptcy Judge